## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DEBORAH MORGAN and**
**JAMES ENGLAND,**

       **Plaintiffs,**

v.                                                                              Case No: 6:23-cv-518-PGB-DCI

**WELLS FARGO BANK, N.A.,**

       **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation to Dismiss With Prejudice, filed December 5, 2023. (Doc. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Wells Fargo Bank, N.A., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 6, 2023.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties